# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Anthony Carl McGee 163670 )
)
(*Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.*) )
)
v. Berkeley Police Department et al )
P.O. Rekart #573 )
Michael )
)
)
)
(*Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.*) )

Case No: _____
(*to be assigned by Clerk of District Court*)

Plaintiff Requests Trial by Jury
[✓] Yes [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

I.  **The Parties to this Complaint**

   A.  **The Plaintiff**

   Name: Anthony Carl McGee

   Other names you have used: _____

   Prisoner Registration Number: 163670

   Current Institution: _____

   Indicate your prisoner status:

   ☐ Pretrial detainee            ☐ Convicted and sentenced state prisoner
   ☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner
   ☐ Immigration detainee         ☒ Other (explain): Parole Violation

   B.  **The Defendant(s)**

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

   **Defendant 1**

   Name: Rekart

   Job or Title: Police Officer

   Badge/Shield Number: 573

   Employer: Berkeley Police Department

   Address: 8340 Frost Ave

   ✓ Individual Capacity          ✓ Official Capacity

2

Defendant 2

Name: WALLISH

Job or Title: SUPERVISOR

Badge/Shield Number: 383

Employer: BERKELEY POLICE DEPARTMENT

Address: 8340 FROST AVE

[✓] Individual Capacity        [✓] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

SEE ATTACHMENT
("STATEMENT OF CLAIM")

3

## Statement Of Claim

1) On Or About 7/14/2023 Defendant, Michael Rekart, Of The Berkeley Police Department, Arrested Plaintiff Anthony McGee Without A Arrest Warrent.

2) At Time Of Arrest, Plaintiff Anthony McGee, Was On Parole, After Serving 33 Year In Missouri's Penitentiary. Officer Rekart Was Aware Of McGee's Parole.

3) On Or About 6/9/2023 Plaintiff Anthony McGee Arrieved At The B.P. At Nanley Road And Highway 70, In A White Car, Driven By His Son In Law. McGee Exited The Car Going Into The Store. Upon Returning To Car, McGee Notice A Black Man, And White Man Standing Next To Car Talking. The Black Man Grabbed The Gun From White Man's Back Pants Pocket, And Jump In Back Seat Of Car As McGee Climbed In Front Passeger Seat. Both Men Began Fighting Over Gun In Backseat Of Car. The Black Man Threatening To Shoot White Guy. McGee's Son In Law Got Out Of Car And Pull White Guy Out Of Car. McGee Was Ordered At Gun Point To Drive. McGee Drove Black Guy A Couple Blocks, Dropping Him Off, And Drove Back To The B.P.

4) Back At The B.P. McGee Gave A Oral Statement To A Group Of Berkeley Police. Officer Rekart Order McGee To Give A Written Statement. McGee Stated, "No, I'm On Parole I Just Did 33 Years Straight. I'm Not Sending Anybody To Prison."

5) Rekart Threaten To Lock McGee Up. McGee Wrote A Short Statement.

6) Rekart Fail To Read McGee His Miranda Rights.

7) At All Times The Compleate Incident Was Caught On Numerous Camera's On B.P. And Surrounding Properties.

8) After Arresting McGee, Rekart, Question McGee, Showing McGee A Doctor Film. McGee Threaten To Sue Rekart For Tampering With Evidence. Rekart Laughed, Said "I'm Locking All Three Of You People Up. And You Will Never Get Out."

9) There Is A Very Large Sign On B.P. Store Frount. "No Weapons Allowed!

page 1 of 6

Violaters Will Be Prosecuted. Berkeley Police Department"

10) McGee Made Bond And Was Arrested Next Day For Parole Violation, Being Charge With New Crime.

11) Defendant Wallace Sign Off On All Of Rekart's Actions As His Supervisor. Approving All Rekart's Actions Knowing That Rekart Was 1) Lying. 2) Falsifying Official Documents, 3) Racial Discriminating.

12) Defendants, Berkeley Police Department, Fail To Arrest White Guy For Bringing Gun To B.P., However, Arrested Three Blacks Two That Was Innocent, Of Committing A Crime.

13) On 3/26/2024 Defendant Rekart Attended McGee's Preliminary Hearing. Cause No. 23SL-CR05236 Rekart Lied, Testifying That McGee Was The Getaway Driver. The Judge Dismissed The Charge, Citing "Durress" And "Get Away Drivers Do Not Return To The Scene."

14) On 3/27/2024 Defendant Wallace Testified At Plaintiff's McGee's Parole Hearing.

15) McGee Was Giving A Release Date Of 7/28/2025.

16) Petitioner, Plaintiff McGee Contends That His Constitutional Right To Equal Protection Of Law, Fourteenth Amendment U.S. Constitution Was Violated: When;

   A) Rekart Arrested McGee Without A Warrent Of Arrest
   B) Rekart Arrested McGee Without McGee Committing A Crime;
     i) And McGee Was Sent To Prison Due To Rekart's Charges.
     ii) And McGee Was Imprison For 2 Years More, After Serving 33 Years.
   C) Rekart Arrested McGee Because Of Color Of McGee's Skin.
   D) Rekart Offered False Testimony In A Official Court Proceedings.

E) Rekart offered false, doctored evidence in a official court proceedings.

F) Wallace testified in Plaintiff's McGee parole hearing to false charges.

    i) Said testimony and charges resulted in McGee being giving more time in prison.

    ii) Said testimony and charges resulted McGee becoming mentally stressed, and suffering emotionally.

G) False charges of Rekart cause McGee to loose monies, from job, employment.

H) Actions of defendants cause McGee to suffer from malicious imprisonment.

    i) And a continuance, futurence of McGee's imprisonment and parole.

17) Plaintiff McGee contends his Eighth Amendment to the United States Constitution, to be free from cruel and unusual punishment was violated, when:

    A) Rekart punished McGee for being Black.
        i) With criminal charge that was false.
        ii) Said punishment resulted loss of; monies from employment.

        a) Loss of freedom
        b) Injury to personal health
        c) Substantial amount of time in prison.
        D) Mental stress
        E) Emotional stress

page 3 of 6

B) Rekart punished McGee for a crime he did not commit.

C) Rekart punishment lasted for years.

D) City of Berkeley and its Police Department, allowed, fail to correct Rekart's actions.

    i) Including to allow Rekart to continue as a Police Officer knowing Rekart's actions toward Black's was unconstitutional, and damaging.

18) Plaintiff McGee contends, his Fifth and Fourteenth Amendment to the United States Constitution, to Due Process of Law; was violated when

    A) The City of Berkeley, Police Department of Berkeley, hired and continue to employ staff, knowingly, that staff falsified official reports, created evidence, with intent of convictions, viod of fairness.

        i) With special intent towards Black's and Plaintiff.

    B) Rekart knowingly falsified official reports, created evidence, with intent of conviction, viod of fairness against Plaintiff McGee, to

        i) Obtain a warrant
        ii) Obtain a conviction
        iii) Send McGee back to prison.
        iv) Testified falsely against McGee.

    C) Wallace approved Rekart's actions, knowingly.
        i) Testified against McGee in parole hearing.

page 4 of 6

19) McGee states he suffered mentally from Defendants Actions, in that:

    i) McGee had completed 33 years of imprisonment. He was out about 2 years. Did everything in his power to avoid going back to prison. All mental anguish until case was dismissed 9 months later. Scared of having to go back to prison. Weither he would get out.

    ii) Weither he would ever get to see his grandkids, daughter, again. His family.

    iii) Both McGee blood pressure, and blood sugar went out of control. Medicine had to be giving for both.

    iv) McGee health decline.

    v) McGee mentally continue to suffer, due to being unable to deal with false charges, and future charges.

20) McGee states he suffered wage losses from job for Westside Personal.

21) McGee states was injured while in prison from Rehart false charges, they

22) Plaintiff McGee requires jury trial in said complaint.

23) Plaintiff McGee sueds each Defendant in his official and individual capacity.

24) McGee states his First Amendment Right to United States Constitution. His Right to Life, Liberty, Freedom was violated when.

    i) City of Berkeley took McGee's freedom without due process and did so willfully, purposely, through illegal means, false testimony



Fake Evidence, For Purpose Of Removing McGee From Society For Color Of His Skin, And McGee Suffer Therefrom.

page 6 of 6

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*SEE ATTACHMENT*

INJURIES

1) McGee states he was sent to prison, lost freedom, after serving 33 years in prison.

2) McGee states he was incarcerated for more than two years, and his parole continued where it should have been completed.

3) McGee states he lost wages from a seven day weekly job, working as a supervisor for Westside Personnel.

4) McGee states he suffer emotionally, physically, and mentally due to said charges and incarceration.

   i) Stress and worried from being lock up, away from daughter and grandkids.

   ii) Not sure of when or if he would get out, if ever.

   iii) High blood pressure and sugar, from stress and worry causes McGee blackouts, dizziness, which had to be treated with medication.

   iv) Suffer other physical injuries while incarcerated.

   v) Suffer mental breakdown and seizures, due to worrying about getting free from incarceration.

     a) Being incarcerated due to color of skin.

Page 1 of 1

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

*SEE ATTACHMENT*

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        ☐ Yes      ☑ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

_____

    B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        ☐ Yes      ☐ No      ☐ Do not know

    C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        ☐ Yes      ☐ No      ☐ Do not know

## Relief

1) Declare that Plaintiff McGee's United States Constitutional Rights, , Fifth, Fourteenth, Eight, Amendments have been violated, in that McGee was Falsely Imprisoned, with false charges, and false evidence testimony, that Berkeley Police Officer Rekart, Purposely, Intentionally created, Due to Color of McGee's Skin.

2) Declare that Rekarts actions were Approved, Allowed by his employers, The City Of Berkeley.

3) Declare that McGee suffered emotionally, financially, and physically.

4) McGee request One Hundred Million Dollars in Punitive Damages for Rekart and City Of Berkeley Racial Discrimination.

5) McGee request Damages for hours, days, years of work missed while McGee was incarcerated.

6) McGee request Ten Million Dollars, In Emotional Damages

7) McGee request One Million Dollars for each Constitutional Violation Committed by Defendants.

8) McGee request Actual Damages for Pain and Suffering, Body Injuries, extending from said incarceration.

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes   ☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☑ No

E.  If you did file a grievance:   N/A

1.  Where did you file the grievance?   N/A

2.  What did you claim in your grievance? (*Attach a copy of your grievance, if available*)   N/A

3.  What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)   N/A

6

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☐ Yes      ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes      ☑ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff _____

        Defendant(s) _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

8

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*): _____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☒ Yes           ☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit

    Plaintiff __Anthony C McGee__

    Defendant(s) __Mo. Board Of Probation And Parole__

2.  Court (*if federal court, name the district; if state court, name the state and county*)

    __Western District Of Missouri__

3.  Docket or case number _____?_____

4.  Name of Judge assigned to your case _____?_____

5.  Approximate date of filing lawsuit _____?_____

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

DISMISSED CAN BE BROUG BACK TO COURT ONCE PLAINTIFF IS RELEASED.

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20_____.

Signature of Plaintiff     _____

10