**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

ANTHONY CARR MCGEE,                  )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        No. 4:25-CV-00977 SPM
                                     )
BERKELEY POLICE DEPARTMENT,          )
et al.,                              )
                                     )
                    Defendants.      )

## MEMORANDUM AND ORDER

Plaintiff Anthony McGee, a prisoner incarcerated in the Boonville Correctional Center, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis, however, he has failed to file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b). Plaintiff will be required to submit his account statement within thirty (30) days of the date of this Memorandum and Order or pay the full $405 filing fee in this action. His failure to do so will result in a dismissal of this case, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $405 filing fee or submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 16th day of July, 2025.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE